UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD RICHARD PROKASKY,

                Plaintiff,

  v.

PATRICK GLEBE,

                Defendant.

No. C12-5134 BHS/KLS

**REPORT AND RECOMMENDATION**
**Noted For: April 6, 2012**

On February 17, 2012 Petitioner Todd Richard Prokasky filed a petition for writ of habeas corpus along with the $5.00 filing fee. ECF No. 1 (Receipt No. T-9512). On the same day, he filed an application to proceed *in forma pauperis*. ECF No. 4. Because Mr. Prokasky has paid the filing fee, the Court should deny the application to proceed *in forma pauperis.*

## DISCUSSION

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson,* 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

Mr. Prokasky paid the $5.00 filing fee on February 17, 2012. Therefore, his application to proceed *in forma pauperis* is moot.

## CONCLUSION

Because Mr. Prokasky has paid the filing fee, the undersigned recommends that the Court deny his application to proceed *in forma pauperis* (ECF No. 4).

REPORT AND RECOMMENDATION - 1

Pursuant to 28 U.S.C.§ 636(b)(1) and Fed. R. Civ. P. 72(b), Petitioner shall have fourteen (14) days from service of this Report and Recommendation to file written objections thereto. See also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed set this matter for consideration on **April 6, 2012**, as noted in the caption.

**DATED** this  14th  day of March, 2012.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2