UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD RICHARD PROKASKY,

    Plaintiff,

v.

PATRICK GLEBE,

    Defendant.

CASE NO. C12-5134BHS

ORDER ON REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 10). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Petitioner's application to proceed *in forma pauperis* is **DENIED** as moot because he has paid the filing fee.

Dated this 9th day of April, 2012.

                                                BENJAMIN H. SETTLE
                                                United States District Judge